1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JORELL DYE,<br><br>                Plaintiff,<br><br>      v.<br><br>NVIDIA CORPORATION,<br><br>                Defendant. | Case No.  15-cv-03428  NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

     In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Charles R. Breyer to determine whether it is related to *In re: Nvidia GTX 970 Graphics Chip Litigation*, Case No. 3:15-cv-00760 CRB.

     IT IS SO ORDERED.

     Date:  August 31, 2015

                                    _____
                                    Nathanael M. Cousins
                                    United States Magistrate Judge